**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1022**

_____

JOSHUA BARRETT SHAPIRO,

             Plaintiff – Appellant,

     v.

JUDGES OF THE VIRGINIA BEACH DISTRICT COURT; CALVIN R.
DEPEW, JR., Presiding Judge; ROBERT WINTERS, Substitute
Judge, in his official capacity; GENE A. WOOLARD, Chief
Judge, in his official capacity; W. EDWARD HUDGINS, JR.,
Presiding Judge, in his official capacity; PAMELA E.
HUTCHENS, Presiding Judge, in her official capacity; CLERKS
OF VIRGINIA BEACH GENERAL DISTRICT COURT CIVIL DIVISION;
JUDE JACKSON, Assistant to the Judges; SHELBY DUELL,
Supervising Clerk; HELEN ATKINSON, Assistant Supervisor;
DESMA LANS, Clerk; MARION NICHOLS, Clerk; FREDERICK B. LOWE,
Virginia Beach Circuit Court Chief Judge, in his official
capacity; MICHAEL ROBUSTO, Substitute Judge, in his official
capacity,

             Defendants – Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.    Mark S. Davis, District
Judge. (2:09-cv-00586-MSD-FBS)

_____

Submitted:  July 22, 2010            Decided:  July 29, 2010

_____

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joshua Barrett Shapiro, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Barrett Shapiro appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Shapiro v. Judges of the Va. Beach Dist. Court, No. 2:09-cv-00586-MSD-FBS (E.D. Va. Dec. 24, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED